**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HARRISON NGUYEN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:16-cv-317** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S,** | § | |
| | § | |
| Defendant. | § | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Plaintiff Harrison Nguyen and Defendant Allstate Texas Lloyd's hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

**THE POTTS LAW FIRM, LLP**

*/s/ Matthew J. Worrall (*w/permission)
Matthew J. Worrall
State Bar No.: 24070883
William H. Barfield
State Bar No.: 24031725
Andrew A. Woellner
State Bar No.: 24060860
100 Waugh Drive, Suite 350
Houston, Texas 77007
Telephone (713) 963-8881
Facsimile (713) 574-2938
Emails: mworrall@potts-law.com
wbarfield@potts-law.com
awoellner@potts-law.com

**ATTORNEYS FOR PLAINTIFF**

        **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

        */s/ Eric K. Bowers*
        Roger D. Higgins
        State Bar No. 9601500
        Eric K. Bowers
        State Bar No. 24045538
        Plaza of the Americas
        700 N. Pearl Street, Twenty-Fifth Floor
        Dallas, Texas  75201-2832
        Telephone:  (214) 871-8200
        Facsimile:  (214) 871-8209
        rhiggins@thompsoncoe.com
        ebowers@thompsoncoe.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 2nd day of September, 2016.

        */s/Matthew J. Worrall (*w/permission)
        Matthew J. Worrall